**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Wells Fargo Bank, NA

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | BK Case No.: 10-18029-mkn |
|---|---|
| Ruben C. Perea and Debbie L. Perea | Date:<br>Time:<br><br>Chapter 7 |
| Debtors. | |

### EX-PARTE APPLICATION FOR AN AMENDED ORDER VACATING AUTOMATIC STAY

Wells Fargo Bank, NA, Secured Creditor herein, ("Secured Creditor" or "Movant" hereinafter), requests from this Court amend the Order Vacating the Automatic Stay that was entered on July 19, 2010.

This motion is supported by the following Memorandum of Points and Authorities.

### MEMORANDUM OF POINTS AND AUTHORITIES

1. That on or about April 30, 2010, the above named Debtors filed this instant Chapter 7 Petition in Bankruptcy with the Court.

1. Secured Creditor is the current payee of a promissory note dated November 14, 2002 in the principal sum of $132,949.00 ("Promissory Note" herein), secured by a Real Property Trust Deed of same date ("Trust Deed" herein) upon property generally described as 2959 Township Road 20, Cardington, OH 43315, and legally described as follows:

> Being a part of Lot 24 and a part of Lot 25; Quarter 4; Township 7 North; Range 16 West; Harmony Township; Morrow County; State of Ohio; and more particularly described as follows:
> Commencing at a square bolt found at the Intersection of township road #20 and County Road #25; this also being in the North line of Lot 24;
> Thence South 22 deg. 07' 10" West; with the center of township road #20, a distance of 225.00 feet to a railroad spike set and THE TRUE PLACE OF BEGINNING:
> Thence South 21 deg. 44' 19" East; crossing an iron pin set at 40.00 feet, a total distance of 369.48 feet to an iron pin set; thence South 85 deg. 00' 00" East; a distance of 160.00 feet to an iron pin set;
> Thence South 05 deg. 00' 00" West; a distance of 195.00 feet to an iron pin found;
> Thence North 85 deg. 00' 00" West; crossing the West line of Lot 24 (East Line of Lot 25) at 338 feet, more or less, and crossing an iron pin found at 457.93 feet; a total distance of 487.93 feet to a railroad spike found in the center of township road #20;
> Thence North 22 deg. 07' 10" East; with the center of township road #20 and crossing the west line of Lot 24 (East line of Lot 25) at 526 feet, more or less; a total distance of 549.31 feet to the place of beginning, Containing 3.064 acres of land, more or less, (2.198 acres in Lot 24 and 0.866 acres in Lot 25, more or less) and subject to all legal highways, right-of-ways, easements, restrictions, and agreements of record.
> All set Iron pins are solid 5/8 inch and bear a plastic cap stamped "Garverick L. S. 6816"
> Prior Deed Volume 363, Page 259 Basis of bearings: Engineer's Plat Book II, Page 350. The above description is based upon a survey by Jan K. Garverick, L.S. 6816; Dated November 2001. VOLUME

("subject property" herein).

2. On or about June 3, 2010, Secured Creditor filed a Motion for Relief from Automatic Stay in regards to the Subject Property. However, the address inadvertently included both 2959 and 2927 Township Road 20, Cardington, OH 43315 due to a clerical error.

3. The Debtors did not file an Opposition to the Motion or appear at the hearing.

4. On or about July 19, 2010, an Order Vacating the Automatic Stay was filed. However, the address on the Order also inadvertently included both 2959 and 2927 Township Road 20, Cardington, OH 43315 due to a clerical error.

5.  The Debtors' schedules properly indicate that the address of the asset securing the loan is 2959 Township Road 20, Cardington, OH 43315.

6.  All other information, including the legal description, in the Motion for Relief and Order Vacating Stay are accurate.

7.  Secured Creditor requests that the Order Vacating the Automatic Stay be amended to only include the proper address of 2959 Township Road 20, Cardington, OH 43315.

WHEREFORE, for all of the foregoing reasons, Secured Creditor, Wells Fargo Bank, NA requests the Court to enter an Amended Order Vacating the Automatic Stay..

Respectfully submitted, this ____ day of _____ 2010.

WILDE & ASSOCIATES

By: _____
Gregory L. Wilde, Esq.
Attorney for Secured Creditor
212 S. Jones Boulevard
Las Vegas, NV 89107

Copies of the foregoing mailed this ____ day of August 2010

    Louis M. Minicozzi, III
    2441 W. Horizon Ridge Parkway
    Suite 120
    Henderson, NV 89052
    Attorney for Debtors

    David A. Rosenberg
    5030 Paradise Road #215
    Las Vegas, NV 89119
    Trustee

    Ruben C. Perea and Debbie L. Perea
    2959 Township Road 20
    Cardington, OH 43315
    Debtors