Entered on Docket
August 20, 2010

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge
_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Wells Fargo Bank, N.A.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In Re: | Bk Case No.: 10-18029-mkn |
|---|---|
| Ruben C. Perea and Debbie L. Perea | Date: 7/7/10<br>Time: 1:30 PM |
| Debtors. | Chapter 7 |

### AMENDED ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

1  Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject

2  property, commonly known as: generally described as 2959 Township Road 20, Cardington, OH

3  43315,

4
    and legally described as follows:

5
    Being a part of Lot 24 and a part of Lot 25; Quarter 4; Township 7 North; Range 16 West;
6      Harmony Township; Morrow County; State of Ohio; and more particularly described as
    follows:
7      Commencing at a square bolt found at the Intersection of township road #20 and County Road
    #25; this also being in the North line of Lot 24;
8      Thence South 22 deg. 07' 10" West; with the center of township road #20, a distance of
9      225.00 feet to a railroad spike set and THE TRUE PLACE OF BEGINNING:
    Thence South 21 deg. 44' 19" East; crossing an iron pin set at 40.00 feet, a total distance of
10     369.48 feet to an iron pin set; thence South 85 deg. 00' 00" East; a distance of 160.00 feet to
    an iron pin set;
11     Thence South 05 deg. 00' 00" West; a distance of 195.00 feet to an iron pin found;
12     Thence North 85 deg. 00' 00" West; crossing the West line of Lot 24 (East Line of Lot 25) at
    338 feet, more or less, and crossing an iron pin found at 457.93 feet; a total distance of 487.93
13     feet to a railroad spike found in the center of township road #20;
    Thence North 22 deg. 07' 10" East; with the center of township road #20 and crossing the west
14     line of Lot 24 (East line of Lot 25) at 526 feet, more or less; a total distance of 549.31 feet to
    the place of beginning, Containing 3.064 acres of land, more or less, (2.198 acres in Lot 24
15     and 0.866 acres in Lot 25, more or less) and subject to all legal highways, right-of-ways,
    easements, restrictions, and agreements of record.
16     All set Iron pins are solid 5/8 inch and bear a plastic cap stamped "Garverick L. S. 6816"
17     Prior Deed Volume 363, Page 259 Basis of bearings: Engineer's Plat Book II, Page 350. The
    above description is based upon a survey by Jan K. Garverick, L.S. 6816; Dated November
18     2001. VOLUME

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least seven business days' notice of the time, place and date of sale.

Submitted by:

**WILDE & ASSOCIATES**

By: /s/ Gregory L. Wilde, Esq
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
Louis M. Minicozzi, III
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
David A. Rosenberg
Chapter 7 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
\_\_\_\_\_ The court waived the requirements of LR 9021.
\_\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
\_\_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.
\_x\_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
\_\_\_\_\_ approved the form of this order            \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document
\_\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_\_ approved the form of this order            \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document

\_\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
\_\_\_\_\_ approved the form of this order            \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or   \_\_\_\_\_ failed to respond to the document
\_\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_\_ approved the form of this order            \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or   \_\_\_\_\_ failed to respond to the document

\_\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor